11-6-05

In The Name Of G-d!

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS
( Benton Division )

Case No. <u>D.C. Dt. Ct: 05-2099</u> Transffer 1404(a)

Case No. Il. _____

| | |
|---|---|
| DARRELL LAMONT BAILEY #00973-424, | : transfer of So. Illinois |
| Box 1000 USP Mar | : Writ of Mandamus Filed D.C. |
| Marion, Il. 62959-7500 | : (filed 10-3-05) Pending |
| Plaintiff/Petitioner, | : In Forma Pauperis/IFP Appl |
| versus | : Motion To Amend/supplement |
| Executive Office of United States Courts/EOUSC; | : FRCP Rule 15(b),(c),(d) |
| Director of bop--Harry G. Lappin--Attorney General | : Petition To Amend etc. |
| of the United States/Alberto Gonzales, et al. | : Haines v. kerner, 30 L.Ed.2d- |
| Respondents. | : 652 (1972) |

NOW COMES, Darrell Lamont Bailey petitioner/pet (supra) requesting leave to amend/supplement (support of writ of mandamus) in above action? Leave sought, also, as petitioner "did not/does not" consent to this transfer--judicial notice, FRE Rule 201? See attached carbon copy of <u>10-3-05 US Dt Ct D.C.</u> filed (10-3-05) writ?

Considering the IFP Appl

Presently, in So. Il. US Dt Ct, a check ($5.46¢) uncashed from the prison account of petitioner remains such! Request such funds be put towards the writ of mandamus (28 USC 1651 et al) transferred? NOTE: the interference (BOP) with the intended writ (prior) caused that check being sent to this court?

PATRIOT ACT LEGISLATION

Pursuant to the above legislation, a Section instructs the Inspector General (US) Glenn A. Fine, to investigate "assaults" etcetera of all American Muslims (petitioner is one--judicial notice FRE 201)!As such, petitioner requests Court to puruse this section (judicial notice)!

RECEIVED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USP MAR investigation by IG's Office, May 26, 2005)?  As such has bearing upon this Writ!  And lastly!

<u>Present harasments/assaults/discrimination of Muslims USP MAR</u>

Petitioner requests further, this Court judicial notice (FRE 201) the above heading, at this writing and prior?  Muslims are being assaulted; falsely charged; and, property (US Mails etc. funds) are being destroyed or taken (twain)?  Since grievance (28 CFR 542.part) does not comply with Federal Rules & Laws, as will be proven herein, Court is requested to "apply Discretion" in these matters above!

<u>PETITION/MOTION FOR AMENDING/SUPPLEMENTING etc.</u>

Petitioner adopts (FRCP Rule 10(c)) the 10-3-05 D.C. filed writ herein, the Patroit Act Legislation (supra); and, issue of check (formerly sent to D.C. with writ enclosed manila envelope) supra?  As well, the grant of this Motion/Petition to Amend?  Incorporate by reference with herein and attachments!   Respectfully submitted,

TITLE 28 USC 1746!         Darrell Lamont Bailey #00973-424 petitioner
under penalty true to best of my knowledge!
I declare I gave to BOP officials this for US Mailing, First Class, postage prepaid (orig. & 2 <u>return one filed please</u>) copy to:
                    U.S. ATTORNEY FOR SO. IL.
                       Nine Executive Drive
                    Fairview Heights, Illinois  62208

ENCLOSURES: 10-3-05 US Dt Ct filed case/writ 10-3-05 (3pp)

cc: US CONG
    AP

file