In The Name Of G-d

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Case No. 05-2099    1404 (10-27-05) ll.
filed 10-3-05 D.C,

[ DARRELL LAMONT BAILEY #00973-424,
      Plaintiff-Petit-
      ioner,
  versus
  Executive Office of United States Courts/EOUSC,
  Director of BOP--Harry G. Lappin--
  Attorney General of U.S.--Alberto Gonzales, et al.
      Defendant--Respon-
      dents. ]

PETITION FOR WRIT OF MANDAMUS OR
WRIT/RULE NISI 28 USC 1651?

COMES NOW petitioner (Darrell Lamont Bailey #00973-424, Box 1000, Marion, Il. 62959-7500) through Title 28 United States Code Section § 1651 & Title 28 FRCP Rule 60(b)(3,5) requesting writ issue; to halt ultra vires takings of prisoner money from prison Account? That, **money taken has been satisfied**--to pay off Court filing fees going back some ten (10) years--and further takings violated the United States Constitution/const.!

## JURISDICTION

Pursuant to Title 28 United States Code Section 1915 (costs for filing fees) and Title 28 United States Code Section 1914 (costs for filing writ as herein) mandamus is sought and warranted!  Compare with Title 15 United States Code Section 1692 et seq.?  Also see Title 28 Code of Federal Regulation Section § 542.10--.18 complying with Title 42 United States Code Section 1997e(a) "exhaustion of remedies? See- for example: MAR-Grievances, are " A1-A2, B1-B2, C1-C2, D1-D2, E1-E2 ?"

## FACTS

Pursuant to passage of PLRA (Prisoner Litigation and Reform Act) fees are assessed for filing actions in Federal District Courts (supra).  As such, even,

- 1 -

pre-PLRA filings are assessed filing fees! Spot the attached filing in the U.S. District Court for Southern Illinois (C-96-174-JPG)? For use thwarting jurisdiction, respondents (clerks So. Il. etc.; Bureau of Prisons/BOP; and, Attorney Generals Office--NOTE complaints sent to Attorney Generals Office are resent to BOP--respondents) obstruct Article III access! Compare page one of 8/31/05 computer generated Order from supra ? I quote therefrom:

" ... The Court has no record of payments of $500.00 or $400.00 being paid in the case. In the exhibit filed with the motion, Plaintiff states that the $500.00 and $400.00 were taken from his account without indication as to whom payment was made. As best the Court can tell, Plaintiff is assuming that these amounts were paid to the Court for payment of filing fees. The Court's records contradict this assumption." Quoting page 1 of same Order supra!

ARGUMENTS:

I. Article III access is obstructed by clerks (etc. supra) respondents denying Constitutional/const. access to petitioner, to wit:
   a. Documents sent to above Court case were not returned, so as to halt further process;
   b. Case (supra) 96-CV-174-JPG was filed Feb. 26, 1996, well before PLRA passage--which under this Circuit's caselaw (See Walker v. O'Brien, 216 F.3d 626 (7th Cir.2000) requires no filing fee for such pre-PLRA case herein--such being outside due process of law! And yet, I still owe $57.50(accord supra order page 1?)!
   c. Bias & prejudice of Southern District of Illinois clerks prima facie from decisions (See CV-96-174-JPG, ETC.?) as page 2 taunts petitioner to file another action ($150.00) that has everything to do with one he's being charged unlawfully to pay! Judicial notice please (2-26-96 filed, 8-31-05 Order)?*

II. Such obstructions stem from cover up ($500.00 taken 1-20-04 but not credited to prison account; $450.00 taken but not credited to prison account; etc.) and closing of "grievance" or exhaustion §1997e(a) to deny Article III Access! See att. "O?"
   a. Grievances (MAR-353412-A1; MAR-358372; and, MAR-355711-A1) obstructed. Denial of sensitive; coercion by making one file a BP-8 (informal) on top of cop outs (requests to resolve pre-grievance problems)--see 28 CFR 542.13 & .14; nullity of issues of complaint (BOP); and, complicity between EOUSA, EOUSC, BOP, and DOJ. Cf. Exhibit "N1, N2" EOUSA FOIA Req. No. 04-40827

- 2 -

b. Petitioner charged (twice) for photo copies; even, after White prisoners aren't charged for same! See exhibit "O" (account balance 11/10/04, 10:29:32 am giving back part of overpayments after filing complaint: $7.20 and $5.00; another double payment of $1.60 deducted)? And;

c. Refusals by respondents (supra herein) to allow PETitioner stamps, toilet articles, foods (NOTE: foods are cut in half during cut backs; as well charging for medical visits & medicines?) medical (see Title 18 U.S.C. §4048?) and, proper statutory due process (example: overcharging, not returning grievances (supra) to hdt exhaustion) denials assinine charges for fees limited by law. Cf. 15 U.S.C. 1692 limitations etc.? Openly obstructing U.S. Mails etc. See exhibit "P" (12-5-04) and obstruction by Warden BOP (11-6-04 regarding intercepted Postmaster General complaint and Tort claim mail)?

### RELIEF

Petitioner request relief in the form of an Order to respondents (herein) to cease & desist from:

1. Taking any further money for filings fees paid up (owed $1,182.00 and paid (as of 11-3-04)$1,193.84); see exhibit "Q"?

2. Provide FOIA/PA request ("N1,N2") as sought and appealed;

3. Halt BOP (etc.) from answering "for" or "intercepting" "egress" U.S. Mails (cf. "P"?); and,

4. Reimburse (with interests) moneys taken before and after this filing--from my prison account (both to Lockbox and pre-prison account OPAC before TRUFACS)?

### IN CONCLUSION

WHEREFORE petitioner has been obstructed from exhaustion (§1997e(a)), assimilated obstructions via intercepting U.S. Mail (ingress & egress) as well takings (overcharging prisoner account & commissary account) the leniency of threshold jurisdiction is waived in favor of petitioner! Such is requested by Order of this Court? See exhibit "R1,R2" (2-21-05 complaint)? Also see McBride v. Deer, 240 F.3d 1287 (10th Cir.2001) for obstruction from filing motions/filings in Court--which occurs herein?* NOTE: $5.00 fee for this Writ/Writ/Rule Nisi bound by above obstructions; as $5.46 check held uncashed and refuses return by the treasury Department according to BOP/DOJ?*

Respectfully,
*Darrell Lamont Bailey*
Darrell Lamont Bailey #00973-424 under penalty true and correct to best
Box 1000  USP Marion                    of my knowledge! 28 USC 1746!
Marion, Il. 62959-7500

ENCLOSURES: Exhibits: A1,A2; B1,B2; C1,C2; D1,D2; E1,E2;
M; N1-N2; O; P; Q; R1-R2

pages  18 (eighteen)