FILED

DEC 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELBERT McKINNEY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 05-1765 |

### ORDER

The Court received correspondence from petitioner on November 17, 2005, and construes plaintiff's letter as a motion for reconsideration. The Court dismissed the petition for a writ of habeas corpus for lack of subject matter jurisdiction because a District of Columbia prisoner must seek relief in the Superior Court of the District of Columbia pursuant to D.C. Code § 23-110(g). The fact that petitioner's prior proceedings in the Superior Court and the District of Columbia Court of Appeals were unsuccessful does not confer jurisdiction on this Court. Any challenge to a judgment rendered by the District of Columbia Court of Appeals must be brought by filing a petition for a writ of certiorari to the United States Supreme Court. *See* 28 U.S.C. §§ 1254, 1257(b).

Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration is DENIED.

SO ORDERED.

DATE: 11/29/05

_____
United States District Judge

