FILED
DEC 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRELL LAMONT BAILEY,           )
                                 )
    Petitioner,                  )
                                 )
v.                               )   Civil Action No. 05cv2099
                                 )
EXECUTIVE OFFICE OF UNITED       )
STATES COURTS, *et al.*,         )
                                 )
    Respondents.                 )

### ORDER

It is hereby

ORDERED that petitioner's motion to amend is DENIED. The Court transferred this action to the United States District Court for the Southern District of Illinois on November 9, 2005, and no longer has jurisdiction.

SO ORDERED.

                                    _____
                                    United States District Judge

DATE: 11/29/05